OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015

6/3/2015

**Goodman, Archie Dale**   Tr. Ct. No. 7057-A   **WR-73,737-04**

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 **S.W.3d 452 (Tex. Crim. App. 2010).**

Abel Acosta, Clerk

RTS
Released

ARCHIE DALE GOODMAN
▓▓▓▓▓▓▓ - TDC # 1397335

REF